UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

K. FELICIA DAVIS,

                       Plaintiff,                   Civil Action No.:   5:12-CV-00276
                                                                  (GTS/DEP)

    V.

CITY OF SYRACUSE AND STEPHANIE A.        **STIPULATION OF DISMISSAL**
MINER,

                       Defendants.

       **IT IS HEREBY STIPULATED AND AGREED**, by and between Pro Se Plaintiff,

F. Felicia Davis, and Defendants, City of Syracuse and Stephanie A. Miner, through

their undersigned attorneys, to the voluntary dismissal of the above-captioned action,

with prejudice, and without costs, attorneys' fees, expenses or disbursements to any

party as against the other.  The parties further hereby stipulate and agree that no party

hereto is an infant or incompetent person for whom a committee has been appointed.

Dated:  April 23, 2015

                                      **BOND, SCHOENECK & KING, PLLC**

/s/ K. Felicia Davis                           /s/ Laura H. Harshbarger
**K. Felicia Davis**                              Laura H. Harshbarger, Esq.
*Pro Se Plaintiff*                                 (Bar Roll No. 509779)
414 Brookford Road                         *Attorneys for Defendants*
Syracuse, New York  132214              One Lincoln Center
Telephone:  (315) 383-6388              Syracuse, New York 13202-1355
Email:  felicia.davis268@yahoo.com     Telephone:  (315) 218-8314
                                           E-mail: lharshbarger@bsk.com

**SO ORDERED:**

_____
Hon. Glenn T. Suddaby
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2015, a true and correct copy of a **Stipulation of Dismissal**, with prejudice, was filed with the Clerk of the United States District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

> K. Felicia Davis, *Pro Se*
> 414 Brookford Road
> Syracuse, New York  132214
> Telephone:  (315) 383-6388
> Email:  felicia.davis268@yahoo.com

/s/ Laura H. Harshbarger
Laura H. Harshbarger

2318963.1